

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2021

No. 04-21-00444-CV

**IN THE INTEREST OF E.J.R.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01615
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Mom's brief was due to be filed with this court on November 29, 2021. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for a twenty-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on December 20, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2021.



_____
Michael A. Cruz,
Clerk of Court